■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL OREN, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (Jaspan, J.), imposed July 22, 1982. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mangano, J. P., Brown, Rubin and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL SANTIAGO, Appellant. — Judgment of the Supreme Court, Kings County (Bernstein, J.), rendered February 9, 1982, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Gulotta, Weinstein and Bracken, JJ., concur.